UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERROL CASBORN, | No. 2:16-cv-1506 CKD P |
| Petitioner, | |
| v. | ORDER |
| R. L. GOWER, | |
| Respondent. | |

Petitioner has requested an extension of time to pay the filing fee in this action. However, because he has filed an application to proceed in forma pauperis that makes an adequate showing of indigence, petitioner need not pay the filing fee, see 28 U.S.C. § 1915(a), or take further action in this case until the court so orders. The court will proceed to screen the petition.

Accordingly, IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 9) is granted; and

2. Petitioner's request for an extension of time (ECF No. 10) is denied as moot.

Dated: October 13, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / casb1506.111

1