IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERROL CASBORN,<br><br>              Petitioner,<br><br>    v.<br><br>R. L. GOWER,<br><br>              Respondent. | No. 16-cv-1506 JAM CKD P<br><br>ORDER |

Good cause appearing, respondent's motion for extension of time (ECF No. 16) is GRANTED. Respondent may file an answer or otherwise respond to the petition up to and including February 17, 2017. Petitioner's response shall be filed within thirty (30) days of the date the response is filed.

IT IS SO ORDERED.

Dated:  December 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE